UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TISHA GRIM,

    Plaintiff,

v.

    Case No. 2:16-cv-604
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kimberly Jolson

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 27, 2017. (ECF No. 12.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this Court **REVERSES** the Commissioner of Social Security's non-disability finding and **REMANDS** this case to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g).

**IT IS SO ORDERED.**

8-9-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE